UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:22-cr-24-CEM-EJK

**RONALD ANTHONY BEASLEY, II**

AUSA: Reginald Cuyler Jr., Darren Halverson

Defense Attorney: Robert Leventhal, Retained Counsel

| JUDGE: | **CARLOS E. MENDOZA**<br>United States District Judge | DATE AND TIME: | **June 6, 2023**<br>9:35 A.M. – 10:18 A.M.<br>**(43 Minutes)**<br>11:21 A.M. – 11:33 A.M.<br>**(13 Minutes)** |
|---|---|---|---|
| DEPUTY CLERK: | Maria Hernandez | REPORTER: | Suzanne Trimble<br>trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | Omayra Hernandez |
| TOTAL TIME | **56 Minutes** | | |

**CLERK'S MINUTES**
**SENTENCING**

Case called. Appearances taken. Defendant sworn.

Court recess.

Court resumes.

The Motion for Miscellaneous Relief, specifically for Bail Pending Appeal and to Stay Sentence filed at **(Doc. 154)** will be denied by Endorsed Order.

**SENTENCE IMPOSED as to** Count **ONE, TWO, THREE, and FOUR** of the Indictment.

**IMPRISONMENT**: 24 months. This term consists of a 24-month term as to Counts One, Two, Three, and Four, all such terms to run **CONCURRENTLY**.

**SUPERVISED RELEASE**: 2 years. This term consists of a 2-year term as to Counts One, Two, Three, and Four, all such terms to run **CONCURRENTLY**.

*Special conditions of supervised release:*
- Participate in a mental health treatment program (outpatient and/or inpatient)
- Financial Conditions
- DNA
- The mandatory drug testing requirements of the Violent Crime Control Act are imposed.

**RESTITUTION: The defendant shall pay restitution in the amount to be determined by the Court to Medicare. Order to follow**. This restitution obligation shall be payable to the Clerk, U.S. District Court, for distribution to the victims. **The amount of $163,283 of the restitution shall be paid jointly and severally with Nava Hajiabadi, docket number 6:20-cr-136-CEM-RMN.** While in Bureau of Prisons custody, you shall either (1) pay at least $25 quarterly if you have a non-Unicor job or (2) pay at least 50% of your monthly earnings if you have a Unicor job. Upon release from custody, you shall pay restitution at the rate of $150 per month. At any time during the course of post-release supervision, the victim, the government, or the defendant, may notify the Court of a material change in the defendant's ability to pay, and the Court may adjust the payment schedule accordingly. The Court finds that the defendant does not have the ability to pay interest and the Court waives the interest requirement for the restitution.

**FINE:** Waived

**FORFEITURE**: The motion for Order of Forfeiture filed at **(Doc. 147)** will be granted in part. Order to follow.

**SPECIAL ASSESSMENT** of $400.00 is due immediately.

**VOLUNTARY SURRENDER**: It is ordered that the defendant voluntarily surrender at the institution designated by the Bureau of Prisons. **The defendant is ordered to report to the designated institution no later than 2:00 P.M. on Monday August 7, 2023.**

Defendant advised of right to appeal.

Court is adjourned.